

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Caputo, A. Richard | 2. Court or Organization<br><br>U.S. Dist. Ct. M.D. of PA | 3. Date of Report<br><br>05/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>197 South Main Street<br>Wilkes-Barre, PA 18701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ███ Trust |
| 2. Co-Executor | Estate # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 10: 38 FINANCIAL DISCLOSURE OFFICE

SEE ACCOUNTANTS' COMPILATION REPORT

Caputo_A_Richard

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▇▇▇ Trust | D | Int./Div. | M | T | | | | | |
| 2. - Bard C.R. Incorporated - Common Stk | · | | | | | | | | |
| 3. - Carnival Corp Paired CTF common stock | | | | | | | | | |
| 4. - Chevron Corp. - Common Stk | | | | | | | | | |
| 5. - Comerica Bank 2.9% Cert of Deposit due 4/8/09 | | | | | Buy | 9/30 | L | | |
| 6. - ConocoPhillips - Common Stk | | | | | | | | | |
| 7. - Dow Chemical Co. - Common Stk | | | | | | | | | |
| 8. - First Charter Bank 5.05% Cert of Deposit due 2/4/08 | | | | | Sold | 2/4 | K | | |
| 9. - General Electric Company - Common Stk | | | | | Sold | 10/7 | J | C | |
| 10. - Johnson & Johnson - Common Stk | | | | | | | | | |
| 11. - Mercantile Bank 5.1% Cert of Deposit due 8/8/08 | | | | | Sold | 8/08 | K | | |
| 12. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 13. - LPL Financial (fka Sovereign Bank - Insured Cash Account) | · | | | | | | | | |
| 14. - Veolia Enviroment Spon ADR - Common Stock | | | | | | | | | |
| 15. - Wachovia Mortgage 2.95% Cert of Deposit ; due 9/25/08 | | | | | Buy | 6/19 | L | | |
| 16. - Wachovia Mortgage 2.95% Cert of Deposit ; due 9/25/08 | | | | | Sold | 9/25 | K | | |
| 17. IRA #1 | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Chevron Corp. - Common Stk | | | | | | | | | |
| 19. - Citizens State Bank - CTF Dep. 5.05% due 1/30/08 | | | | | Sold | 01/30 | L | | |
| 20. - LPL Financial (fka Discover Bank) - Insured cash account | | | | | | | | | |
| 21. - First Choice Cnty. Bank 3.2% Cert of Deposit; due 2/13/09 | | | | | Buy | 2/6 | L | | |
| 22. - La Salle Bank Midwest - CTF Dep - 5.15% due 8/1/08 | | | | | Sold | 8/1 | L | | |
| 23. - Lehman Bros. Bank 3.7% Cert of Deposit; due 8/13/09 | | | | | Buy | 8/06 | L | | |
| 24. - Leucadia National Corp. - Common Stk | | | | | | | | | |
| 25. - LPL Financial (fka Sovereign Bank )- Insured Cash Account | | | | | Merged (with line 20) | | | | |
| 26. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 27. Chevy Chase Bank, 4.2% Cert of Deposit, due 10/15/10 | | None | L | T | Buy | 10/07 | L | | |
| 28. CIT Bank, Certificate of Deposit | B | Interest | K | T | | | | | |
| 29. Countrywide Bank - FBS - Insured cash account | | None | | | Closed | 4/15 | J | | |
| 30. Eastern Penn PA S.D. Bond | B | Interest | | | Sold | 10/01 | K | | |
| 31. PA State B/E Turnpike Comm. Bond | A | Interest | | | Sold | 12/01 | K | | |
| 32. GMAC Automotive Bank Certificate of Deposit | B | Interest | | | Sold | 04/04 | L | | |
| 33. LPL Financial (fka Sovereign Bank) - Insured Cash Account | A | Interest | | | Closed | 4/15 | J | | |
| 34. Wachovia Bank 3.6% insured cash account, due 4/16/10 | B | Interest | L | T | Buy | 04/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Federated Pa Muni Cash Trust Money Market Fund | A | Interest | K | T | Open | 04/15 | J | | |
| 36. Luzerne Bank Accounts | | None | J | T | | | | | |
| 37. Wachovia Bank Account -Insured cash account | A | Interest | L | T | | | | | |
| 38. Wachovia Bank Account -money market account | B | Interest | | | Open | 1/23 | L | | |
| 39. Wachovia Bank Account - money market account | | None | | | Closed | 9/25 | K | | |
| 40. IRA #2 | | None | J | T | | | | | |
| 41. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 42. Direct TV Group Inc. - Common Stk | | None | J | T | | | | | |
| 43. NEWS Corp. Cl A - Common Stk | A | Dividend | J | T | | | | | |
| 44. LPL Financial (fka Sovereign Bank) - Insured Cash Account | A | Interest | | | Closed | 4/15 | J | | |
| 45. Advanta Bank Corp., Draper UT Certificate of Deposit | D | Interest | M | T | | | | | |
| 46. Capital One 3.8% Cert of Deposit, due 06/04/10 | B | Interest | L | T | Buy | 05/29 | L | | |
| 47. Discover Bank Greenwood, DE Certificate of Deposit | D | Interest | M | T | | | | | |
| 48. First Guaranty Bank & Tr. Jacksonville, FL Cert. of Deposit | C | Interest | L | T | | | | | |
| 49. Franklin Bank SSB, Houston TX, Certificate of Deposit | B | Interest | | | Sold | 03/18 | K | | |
| 50. Georgian Bank Atlanta GA Certificate of Deposit | B | Interest | | | Sold | 05/29 | L | | |
| 51. GMAC Automotive Bank Midvale, UT Certificate of Deposit | B | Interest | | | Sold | 04/04 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lehigh County PA IDA Municipal Bond | B | Interest | | | Sold | 11/03 | K | | |
| 53. Lehman Bros. Bank FSB Wilmington, DE - Cert of Deposit | C | Interest | L | T | | | | | |
| 54. Line Mountain PA Municipal Bond | B | Interest | | | Sold | 11/17 | K | A | |
| 55. Mutual Bank, Harvey, IL - Certificate of Deposit | C | Interest | L | T | | | | | |
| 56. Northstar Bank, Bad Axe, MI - Certificate of Deposit | B | Interest | K | T | | | | | |
| 57. Federated PA Muni Cash Trust Money Mkt Fund | A | Interest | L | T | Open | 4/15 | J | | |
| 58. Wachovia Bank 3.6% Cert of Deposit due 4/16/10 | B | Interest | L | T | Buy | 04/11 | L | | |
| 59. Westmont Hilltop PA Municipal Bond | C | Interest | M | T | | | | | |
| 60. ▮▮▮ vacant land - Orange County, Florida | | None | M | W | | | | | |
| 61. Estate #1- ▮▮▮ vacant land, Slocum Twp Luzerne Cty - PA | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 1 - ▉▉▉ Trust - Information reported, as in prior years, represents 100% of the trust assets. However, the reporting person's ▉▉▉ is one of three beneficiaries who share equally in the trust.

Part VII - Line 13 - LPL Financial (fka Sovereign Bank) - Insured cash account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks , cash is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 20 - LPL Financial (fka Discover Bank) - Insured cash account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks, cash is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 25 -LPL Financial (fka Sovereign Bank) - Insured cash account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks, cash in the insured cash account is transferred to various banks throughout the year, at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. This account has been merged with LPL Financial and is included in the reporting on line 20.

Part VII - Line 33 - LPL Financial (fka Sovereign Bank) - Insured cash account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks, cash is transferred to various banks throughout the year, at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. In 2008 the LPL Insured Cash account was closed.

Part VII - Line 44 - LPL Financial (fka Sovereign Bank) - Insured cash account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks, cash is transferred to various banks throughout the year, at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another. The LPL Financial insured cash account was closed in 2008.

Part VII - Line 60 - Orange County, Florida property - Information reported, as in prior years, represents 100% of the value. However, the reporting person's ▉▉▉ is one of three individuals who own the property in equal shares.

Part VII - Line 61 - This is property in Estate # 1. This was inadvertently omitted in previous reports.

SEE ACCOUNTANTS' COMPILATION REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SEE ACCOUNTANTS' COMPILATION REPORT